UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-177 |
| DALTON BENNETT, ET AL. | SECTION "N" |

**ORDER AND REASONS**

Before the Court is Lance Bennett's Motion to Exclude Expert Testimony (Rec. Doc. 136). This motion is opposed. (See Rec. Doc. 141). In this motion, the Defendant Lance Bennett moves to exclude the testimony of the Government's experts, or alternatively to set a *Daubert* hearing to determine the admissibility of their opinions, to order the Government to provide Defendant with a description of each opinion and the basis therefor, and to limit the testimony of these experts. After considering the memoranda of counsel and the applicable law,

**IT IS ORDERED** that **Lance Bennett's Motion to Exclude Expert Testimony (Rec. Doc. 136)** is **DENIED**, for substantially the same reasons set forth by the Government in its opposition to the instant motion. (See Rec. Doc. 141).

On the showing made, a *Daubert* hearing does not appear necessary. However, defense counsel may submit a short memorandum stating the specific bases for the attack on the Government's expert witness (i.e., any reasons for attacking the expertise of these expert witnesses or their methodologies). The Court will consider this memorandum, if filed, and may be willing to revisit Defendant's request for *Daubert* hearings. To be clear, the hearings will not

be conducted to serve the purpose of a fishing expedition. Rather, defense counsel must set forth specific grounds for any inquiries regarding the requisite qualifications of each expert, and/or the reliability of any opinion.

New Orleans, Louisiana, this 25th day of May, 2010.

							_____
							**KURT D. ENGELHARDT**
							**United States District Judge**