UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-177 |
| DALTON BENNETT, ET AL. | SECTION "N" |

**ORDER AND REASONS**

Before the Court are the following 404(b) motions: (1) Danquell Miller's Motion in Limine Prohibiting the Use by the Government of Evidence of Previous Crimes (Rec. Doc. 144); (2) Lance Bennett's Motion in Limine to Exclude Rule 404(b) Evidence (Rec. Doc. 151); and (3) Dalton Bennett's Motion in Limine to Exclude Rule 404(b) Evidence (Rec. Doc. 153). The Court construes the Government's Notice of Intent to Introduce "Similar Act" Evidence Pursuant to Rule 404(b) of the Federal Rules of Evidence (Rec. Doc. 99) as an opposition to these motions. The Court has considered the memoranda of counsel and the applicable law. Accordingly,

**IT IS ORDERED** that **Danquell Miller's Motion in Limine Prohibiting the Use by the Government of Evidence of Previous Crimes (Rec. Doc. 144)** is **DENIED.**

**IT IS FURTHER ORDERED** that **Lance Bennett's Motion in Limine to Exclude Rule 404(b) Evidence (Rec. Doc. 151)** is **DENIED IN PART and GRANTED IN PART**. On the showing made, the motion is granted as to Lance Bennett's obstruction of justice conviction. However, the motion is granted without prejudice to the right of the Government to make a showing outside of the presence of the jury how this conviction meets the standard set forth in

*United States v. Beechum*, 582 F.2d 898 (5th Cir. 1978) (*en banc*), *cert. denied*, 440 U.S. 920 (1979). It is denied in all other respects.

**IT IS FINALLY ORDERED** that **Dalton Bennett's Motion in Limine to Exclude Rule 404(b) Evidence (Rec. Doc. 153)** is **DENIED**.

Notably, aside from Lance Bennett's obstruction of justice conviction, the Court concludes that, for substantially the same reasons set forth by the Government in Rec. Doc. 99, the evidence of Defendants' prior bad acts which led to convictions for the same should be admitted during the Government's case-in-chief. This evidence satisfies the two-prong *Beechum* test and is quite probative of the knowledge, intent, opportunity, plan, preparation, and absence of mistake or accident of Defendants, without being unduly prejudicial under the circumstances of this case.

New Orleans, Louisiana, this 25th day of May, 2010.

**KURT D. ENGELHARDT**
**United States District Judge**