# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 09-177** |
| **DALTON BENNETT, ET AL.** | **SECTION "N"** |

### ORDER AND REASONS

Before the Court is Lance Bennett's Motion to review Magistrate Moore's Order Denying Motion to Compel (Rec. Doc. 157). This motion is opposed. (See Rec. Doc. 169). In this motion, Defendant Lance Bennet (" Mr. Bennet") moves the Court to review and set aside Magistrate Judge Louis Moore's Order denying his Motion to Compel (Rec. Doc. 132) and to order the Government to produce a written description of each expert opinion, and the bases and reasons for it. After considering the memoranda of counsel and the applicable law,

**IT IS ORDERED** that **Lance Bennett's Motion to review Magistrate Moore's Order Denying Motion to Compel (Rec. Doc. 157)** is **DENIED**, for substantially the same reasons stated by the Magistrate Judge in his May 21, 2010 Minute Entry (Rec. Doc. 158) and for the reasons previously stated by the undersigned in the Order and Reasons addressing Lance Bennett's Motion to Exclude Expert Testimony (Rec. Doc. 136).

New Orleans, Louisiana, this 25th day of May, 2010.

**KURT D. ENGELHARDT**
**United States District Judge**