# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 09-177** |
| **DALTON BENNETT, ET AL.** | **SECTION "N"** |

## ORDER AND REASONS

After conducting an *in camera* evaluation of the documents submitted to the Court by the United States of America ("the Government") that are responsive to subpoena duces tecum served on the Public Integrity Bureau ("PIB") and the New Orleans Police Department ("NOPD"), the Court has designated and redacted from the documents to which it deems Defendants are entitled. These redacted documents are available and may be retrieved in chambers[1].

The Court notes that to the extent that these documents are not public record,

**IT IS ORDERED** that these documents are to remain confidential. Counsel shall maintain their confidentiality until further Order of the Court.

The Court further notes that it makes no ruling as to the relevance or admissibility of these documents.

Further, after conducting this in camera review, the Court finds it appropriate to **ORDER**, *sua sponte*, that the Subpoena Duces Tecum served on the Public Integrity Bureau and to the New

---

[1] Copies are available for each Defendant and for the Government.

Orleans Police Department is **QUASHED**.

New Orleans, Louisiana, this 25th day of May, 2010.

                                            **KURT D. ENGELHARDT**
                                            **United States District Judge**