# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 09-177** |
| **DALTON BENNETT, ET AL.** | **SECTION "N"** |

## ORDER AND REASONS

Before the Court is the Government's Motion in Limine to Exclude Use of Evidence at Trial (Rec. Doc. 119). No opposition to this motion was timely filed.[1] Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **Government's Motion in Limine to Exclude Use of Evidence at Trial (Rec. Doc. 119)** is **GRANTED** as unopposed. Thus, no evidence relating to the administrative complaint and ongoing investigation of NOPD detective Dean Moore shall be admitted at trial.

New Orleans, Louisiana, this 26th day of May, 2010.

**KURT D. ENGELHARDT**
**United States District Judge**

---

[1]     According to the Court's April 5, 2010 Order (Rec. Doc. 106), oppositions to motions in limine were due on Tuesday, May 25, 2010, at 5:00 p.m.